**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-2198**

———————

MR. LAHMUDDIN,

                                              Petitioner,

        versus

ALBERTO R. GONZALES, U.S. Attorney General,

                                              Respondent.

———————

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A95-228-121)

———————

Submitted: August 20, 2007          Decided:  August 28, 2007

———————

Before WILKINSON and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Petition denied by unpublished per curiam opinion.

———————

Linda Hanten, HARRIGAN & HANTEN, PC, Washington, D.C., for
Petitioner.  Peter D. Keisler, Assistant Attorney General, Richard
M. Evans, Assistant Director, Nancy E. Friedman, OFFICE OF
IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mr. Lahmuddin, a native and citizen of Indonesia, petitions for review of an order of the Board of Immigration Appeals affirming the Immigration Judge's denial of his application for asylum and withholding of removal.

To obtain reversal of a determination denying eligibility for relief, an alien "must show that the evidence he presented was so compelling that no reasonable factfinder could fail to find the requisite fear of persecution." INS v. Elias-Zacarias, 502 U.S. 478, 483-84 (1992). We have reviewed the evidence of record and conclude that Lahmuddin fails to show that the evidence compels a contrary result. Having failed to qualify for asylum, Lahmuddin cannot meet the more stringent standard for withholding of removal. Chen v. INS, 195 F.3d 198, 205 (4th Cir. 1999); INS v. Cardoza-Fonseca, 480 U.S. 421, 430 (1987).

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED